[ ] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

_____

**In re:**      **(1)**                                                                                          **Case No.**

           **(2)**

**Debtor(s).**                                                                                                **Chapter 13**
_____

**CHAPTER 13 PLAN**
_____

**ADDRESS:**  (1) _____      (2)_____

                       _____            _____

**PLAN PAYMENT:**

    **DEBTOR (1)** shall pay $_____  ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

      **( ) PAYROLL DEDUCTION** from: _____     **OR**   **( ) DIRECT PAY**.
                                                                   _____
                                                                   _____

    **DEBTOR (2)** shall pay $ _____  ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

      **( ) PAYROLL DEDUCTION** from: _____     **OR**   **( ) DIRECT PAY**.
                                                                   _____
                                                                   _____

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A) **CONTAINS A NON-STANDARD PROVISION.  [See plan provision #19]**                     ( ) **YES**  ( ) **NO**

   (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE**        ( ) **YES**  ( ) **NO**
       **COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**

   (C) **AVOIDS A SECURITY INTEREST OR LIEN.  [See plan provision #12].**                      ( ) **YES**  ( ) **NO**

2. **ADMINISTRATIVE EXPENSES:**  Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE: (  )** Included in Plan; **OR (  )** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:**  Paid by:  ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:    Monthly Plan Payment:

   _____; ongoing payment begins _____      $ _____
                  Approximate arrearage: _____         $ _____
   _____; ongoing payment begins _____      $ _____
                  Approximate arrearage: _____         $ _____

5. **PRIORITY CLAIMS:**
   _____   Amount: _____             $ _____
   _____   Amount: _____             $ _____

6. **HOME MORTGAGE CLAIMS:  (  )** Paid directly by Debtor(s); **OR (  )** Paid by Trustee to:

   _____; ongoing payment begins _____      $ _____
              Approximate arrearage: _____ Interest _____%           $ _____
   _____; ongoing payment begins _____      $ _____
              Approximate arrearage: _____ Interest _____%           $ _____

7. **SECURED CLAIMS:**
   [Retain lien 11 U.S.C. §1325 (a)(5)]         <u>Value of Collateral:</u>     <u>Rate of Interest:</u>       <u>Monthly Plan Payment:</u>
   _____   _____       _____%     $ _____
   _____   _____       _____%     $ _____
   _____   _____       _____%     $ _____

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325(a)]        Value of Collateral:        Rate of Interest:        Monthly Plan Payment:
_____   _____   _____%   $ _____
_____   _____   _____%   $ _____
_____   _____   _____%   $ _____

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

_____   Collateral: _____
_____   Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

                                    Amount:                    Rate of Interest:        Monthly Plan Payment:
_____   _____   _____%   $ _____
_____   _____   _____%   **$** _____
_____   _____   _____%   $ _____

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

_____        ( ) Not provided for    **OR**  ( ) General unsecured creditor
_____        ( ) Not provided for    **OR**  ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

_____
_____

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** _____.

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

   ( ) _____%,  **OR,**

   ( ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

_____        ( ) Assumes    **OR**    ( ) Rejects.
_____        ( ) Assumes    **OR**    ( ) Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately _____ months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

_____
_____
_____.

   **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

_____ **DATE:** _____.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**